**MIDDLEBROOKS SHAPIRO, P.C.**
841 Mountain Avenue, First Floor
Springfield, New Jersey 07081
(973) 218-6877
(fax) (973) 218-6878
Melinda D. Middlebrooks, Esq. (MM4186)
Attorneys for Chapter 7 Debtors
David Abraham and Parvin Asgharnejad

|  |  |
|---|---|
| In re: | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY |
| **DAVID ABRAHAM and PARVIN ASGHARNEJAD,** | Honorable Donald H. Steckroth |
|  | Chapter 7 |
| Chapter 7 Debtors. | Case No.: 12-39700 (DHS) |

## NOTICE OF APPEAL

**DAVID ABRAHAM and PARVIN ASGHARNEJAD**, the above-captioned Chapter 7 Debtors (the "Debtors"), appeal under 28 U.S.C. §158(a) from the Order of Honorable Donald H. Steckroth (Docket #59) entered in the above-captioned Chapter 7 proceeding on July 10, 2014, a true and correct copy of which is annexed hereto as <u>Exhibit A</u>.

The names of all parties to the Order appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

    (1)    David Abraham and Parvin Asgharnejad, Chapter 7 Debtors
              Joseph M. Shapiro, Esq.
              Melinda D. Middlebrooks, Esq.
              Middlebrooks Shapiro, P.C.
              841 Mountain Avenue
              First Floor
              Springfield, New Jersey  07081
              (973) 218-6877
              <u>jshapiro@middlebrooksshapiro.com</u>

Joseph J. Newman, Chapter 7 trustee
John M. McConnell, Esq.
McDonnell Crowley, LLC
115 Maple Avenue
Red Bank, NJ   07701
(732) 383-7233
jmcdonnell@mcdonnellcrowley.com

Dated: July 22, 2014

Signed: _____ /s/ Melinda D. Middlebrooks _____
Attorney Name: Melinda D. Middlebrooks, Esq.
Address:        Middlebrooks Shapiro, P.C.
                841 Mountain Avenue, First Floor
                Springfield, New Jersey   07081
Telephone No.: (973) 218-6877

# Exhibit

# "A"

**FILED**
**JAMES J. WALDRON, CLERK**

JUL 10 2014

U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY _____ DEPUTY

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In Re: | Case No.: 12-39700 (DHS) |
|---|---|
| In Re: | Judge: Donald H. Steckroth, U.S.B.J. |
| **DAVID ABRAHAM AND PARVIN ASGHARNEJAD,** | |
| Debtors. | |

## ORDER

The relief set forth on the following pages, numbered two (2), is hereby **ORDERED**.

July 10, 2014

**Page 2**
Debtor:            David Abraham and Parvin Asgharnejad
Case No.:         12-39700 (DHS)
Caption of Order:    **Order**

This matter having been opened to the Court upon the objection of Joseph Newman, the chapter 7 trustee (the "Trustee"), to David Abraham and Parvin Asgharnejad's (the "Debtors") claimed exemption in real estate located at 291 Mountain Avenue, Springfield, New Jersey (the "Property") pursuant to 11 U.S.C. §§ 105 and 522, and Federal Rules of Bankruptcy Procedure 4003 and 9006, and the Court having reviewed the pleadings and opposition to the objection filed in this matter and having heard the arguments of counsel, and for the reasons set forth in the Court's Opinion of July 10, 2014, and for good cause shown, it is

ORDERED that the objection of the Trustee is granted and the Amended Exemption is denied.