UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:                                              : Case no.: __12-39700__
David Abraham and Parvin Asgharnejad   :
                                                    : Chapter: __7__
                                                    :
        Debtor(s)                                   : Adv. Pro. No.: _____
                                                    :

**CERTIFICATE OF SERVICE Re NOTICE OF APPEAL**

I hereby certify the following:

On ____7/22/2014____ a Notice of Appeal from the Bankruptcy Court's Order or Judgment dated ____7/10/2014____ was filed.

A copy of the above mentioned appeal was served on the following parties on ____7/25/2014____.

United States Trustee, One Newark Center, Newark, NJ 07101
Electronically

Joseph M. Shapiro & Melinda D. Middlebrooks, Attorneys for Debtors/Appellants - Electronically

John M. McDonnell, Attorney for Joseph J. Newman, Trustee/Appellee - Electronically

Dated: ____7/25/2014____                JAMES J. WALDRON, Clerk

*rev. 10/9/04 jml*

**MIDDLEBROOKS SHAPIRO, P.C.**
841 Mountain Avenue, First Floor
Springfield, New Jersey 07081
(973) 218-6877
(fax) (973) 218-6878
Melinda D. Middlebrooks, Esq. (MM4186)
Attorneys for Chapter 7 Debtors
David Abraham and Parvin Asgharnejad

|  |  |
|---|---|
| In re: | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY |
| **DAVID ABRAHAM and PARVIN ASGHARNEJAD,** | Honorable Donald H. Steckroth |
|  | Chapter 7 |
| Chapter 7 Debtors. | Case No.: 12-39700 (DHS) |

## NOTICE OF APPEAL

**DAVID ABRAHAM and PARVIN ASGHARNEJAD**, the above-captioned Chapter 7 Debtors (the "Debtors"), appeal under 28 U.S.C. §158(a) from the Order of Honorable Donald H. Steckroth (Docket #59) entered in the above-captioned Chapter 7 proceeding on July 10, 2014, a true and correct copy of which is annexed hereto as Exhibit A.

The names of all parties to the Order appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

(1)   David Abraham and Parvin Asgharnejad, Chapter 7 Debtors
      Joseph M. Shapiro, Esq.
      Melinda D. Middlebrooks, Esq.
      Middlebrooks Shapiro, P.C.
      841 Mountain Avenue
      First Floor
      Springfield, New Jersey  07081
      (973) 218-6877
      jshapiro@middlebrooksshapiro.com

Joseph J. Newman, Chapter 7 trustee
John M. McConnell, Esq.
McDonnell Crowley, LLC
115 Maple Avenue
Red Bank, NJ  07701
(732) 383-7233
jmcdonnell@mcdonnellcrowley.com

Dated: July 22, 2014

Signed: _____
Attorney Name: Melinda D. Middlebrooks, Esq.
Address:       Middlebrooks Shapiro, P.C.
               841 Mountain Avenue, First Floor
               Springfield, New Jersey  07081
Telephone No.: (973) 218-6877

# Exhibit

# "A"

Case 12-39700-DHS    Doc 64    Filed 07/25/14    Entered 07/25/14 12:37:59    Desc Main
          Document      Page 5 of 6
Case 12-39700-DHS    Doc 62    Filed 07/22/14    Entered 07/22/14 18:12:26    Desc Main
          Document      Page 4 of 5
Case 12-39700-DHS    Doc 59    Filed 07/10/14    Entered 07/10/14 14:11:27    Desc Main
          Document      Page 1 of 2

FILED
JAMES J. WALDRON, CLERK

JUL 10 2014

U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY_____ DEPUTY

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In Re: | Case No.: 12-39700 (DHS) |
|---|---|
| In Re: | Judge: Donald H. Steckroth, U.S.B.J. |
| DAVID ABRAHAM AND PARVIN ASGHARNEJAD, Debtors. | |

ORDER

The relief set forth on the following pages, numbered two (2), is hereby **ORDERED**.

July 10, 2014

Case 12-39700-DHS    Doc 64    Filed 07/25/14    Entered 07/25/14 12:37:59    Desc Main
Case 12-39700-DHS    Doc 62    Filed 07/22/14    Entered 07/22/14 18:12:26    Desc Main
             Document    Page 6 of 6
Case 12-39700-DHS    Doc 59    Filed 07/10/14    Entered 07/10/14 14:11:27    Desc Main
             Document    Page 5 of 5
             Document    Page 2 of 2

**Page 2**
Debtor:            David Abraham and Parvin Asghamejad
Case No.:          12-39700 (DHS)
Caption of Order:  **Order**

This matter having been opened to the Court upon the objection of Joseph Newman, the chapter 7 trustee (the "Trustee"), to David Abraham and Parvin Asghamejad's (the "Debtors") claimed exemption in real estate located at 291 Mountain Avenue, Springfield, New Jersey (the "Property") pursuant to 11 U.S.C. §§ 105 and 522, and Federal Rules of Bankruptcy Procedure 4003 and 9006, and the Court having reviewed the pleadings and opposition to the objection filed in this matter and having heard the arguments of counsel, and for the reasons set forth in the Court's Opinion of July 10, 2014, and for good cause shown, it is

ORDERED that the objection of the Trustee is granted and the Amended Exemption is denied.