# Middlebrooks Shapiro, P.C.

### attorneys at law
### 841 Mountain Avenue, First Floor
### Springfield, New Jersey 07081
telephone (973) 218-6877
telecopier (973) 218-6878
email: middlebrooks@middlebrooksshapiro.com

Melinda D. Middlebrooks, Esq.*
Joseph M. Shapiro, Esq.°
Richard P. Shapiro, Esq. (1942-2002)

Of Counsel
Myron S. Lehman, Esq. (1928-2007)

*Also admitted in Tennessee
°Also admitted in New York

August 5, 2014

**VIA CM/ECF AND EMAIL**
Linda Valentin, Court Reporter
Chambers of Honorable Donald H. Steckroth, U.S.B.J.
United States Bankruptcy Court
District of New Jersey
50 Walnut Street
Newark, New Jersey  07102

      Re:    David Abraham and Parvin Asgharnejad,
                Case No. 12-39700 (DHS)

Dear Mrs. Valentin:

      Our Firm represents the above Chapter 7 debtors (the "Debtors").  Today, the Debtors filed a Designation of Record On Appeal by and through this Firm.  Docket No. 65.

      Please accept this correspondence as the Debtors' request, pursuant to Rule 8006, for a transcript of Judge Steckroth's hearing on the Chapter 7 Trustee's Objection to the Debtors' Amended Exemptions. *See*, Docket No. 50.

      Thank you in advance for your assistance.  If you have any questions or concerns, or need to discuss/arrange payment for costs associated with this request, please don't hesitate to contact me.

                                            Sincerely,

                                            /s/ Joseph M. Shapiro
                                            Joseph M. Shapiro, Esq.

JPS:jmm
cc:    David Abraham and Parvin Asgharnejad