# UNITED STATES BANKRUPTCY COURT
# District of New Jersey

In re:                                           Chapter:
                                                    Case Number:
                                                    Adversary Number:
                                                    Bankruptcy Judge:

## TRANSMITTAL OF RECORD ON APPEAL
## TO DISTRICT COURT

A Notice of Appeal was filed in our office on _____. The parties to the appeal are:

Appellant(s): _____    Appellee(s): _____
Attorney: _____    Attorney: _____
Address: _____    Address: _____
             _____             _____

Title of Order appealed: _____

Date entered on docket: _____

The items indicated below are transmitted together with the Notice of Appeal:

☐     Complete Record on Appeal            ☐     Order being appealed
☐     Statement of Issues     ☐     Transcript            ☐     Transcript ordered on: _____
☐     Other: _____
☐     An appeal has not previously been filed in this case.
☐     The following list contains information regarding all appeals previously filed in this case:

| District Court Case Number | District Court Judge Assigned | Date of Transmission of Record to District Court |
|---|---|---|
| | | |
| | | |
| | | |

I, _____, Deputy Clerk of the United States Bankruptcy Court for the District of New Jersey, hereby certify that the record transmitted on this _____ day of _____, 20 __ is the complete record for purposes of this appeal.

---

District Court Clerk: Please complete the information below and return a copy of this form to the Bankruptcy Court Deputy-in-Charge within 3 days

District Court Case Number: _____     Judge assigned: _____
By: _____     Date: _____

Rev. 1/15/02